UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT J. MUSSO, Chapter 7 Trustee, and      JUDGMENT
UNITED STATES OF AMERICA,     08-CV- 4735 (CBA)
    08-CV- 4532 (CBA)
                 Appellants,

        -against-

BENJAMIN HIRSCH, Debtor,     2011

                 Appellee.
-----------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 29, 2011, modifying the Bankruptcy Court's Decision and Order granting in part and denying in part the Trustee's motion for relief from automatic stay; and granting the Trustee's motion to the extent it seeks relief from the stay to intervene in the divorce proceeding of Debtor Benjamin Hirsch and Hirsch's wife, Nachama Hirsch and to allow Nachama Hirsch to propose the judgment akin that was submitted to the Court by the Trustee; it is

       ORDERED and ADJUDGED that the Bankruptcy Court's Decision and Order granting in part and denying in part the Trustee's motion for relief from the automatic stay is modified to the extent that the Trustee's motion for relief from the stay is granted to allow the Trustee to intervene in the divorce proceeding of Nachama Hirsch and Benjamin Hirsch and to allow Nachama Hirsch to propose in that divorce proceeding the judgment akin to that submitted to this Court by the Trustee.

Dated: Brooklyn, New York
        October 04, 2011

                                                       s/DCP
                                                       DOUGLAS C. PALMER
                                                       Clerk of Court